No. 94–8628. IN RE BEARDEN;
No. 94–8657. IN RE GLASS; and
No. 94–8875. IN RE RAITPORT. Petitions for writs of mandamus denied.

No. 94–1453. PEACOCK v. THOMAS. C. A. 4th Cir. Certiorari granted. 

No. 94–1511. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. CASEY ET AL. C. A. 9th Cir. Certiorari granted. 

No. 94–1387. YAMAHA MOTOR CORP., U. S. A., ET AL. v. CALHOUN ET AL., INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF CALHOUN, DECEASED. C. A. 3d Cir. Certiorari granted limited to Question 1 presented by the petition. In addition to Question 1 presented by the petition, the parties are requested to brief and argue the following question: "Under 28 U. S. C. § 1292(b), can the courts of appeals exercise jurisdiction over any question that is included within the order that contains the controlling question of law identified by the district court?"

No. 94–1431. B&W INVESTMENT PROPERTIES ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–1554. ABBOTT LABORATORIES ET AL. v. SEINFELD ET AL. C. A. 7th Cir. Certiorari denied. 

No. 94–1562. UNITED PAPERWORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. v. BRIGGS & STRATTON CORP. C. A. 7th Cir. Certiorari denied. 

No. 94–1586. WOODSON v. MCGEORGE CAMPING CENTER ET AL. C. A. 4th Cir. Certiorari denied.